MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 11, 2026

**By ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/12/26

**Re: *United States v. Gulian et al.*, S1 26 Cr. 270 (ALC)**

Dear Judge Carter:

As discussed during the August 11, 2026 conference, the Government respectfully submits this letter to outline the conditions of release that will be applicable to defendants Vagan Gulian, Zhirayr Gumruyan, and Araik Setrakian:

- $15,000 personal recognizance bond;
- 1 financial responsible person as co-signer;
- Travel restricted to SDNY/EDNY/CDCA/NDCA;
- Travel restricted to DNJ for the purpose of travel to/from Court;
- Pretrial supervision as directed by Pretrial Services;
- Location monitoring technology as directed by Pretrial Services;
- Defendant to continue or seek employment;
- Defendant not to possess firearm/destructive device/other weapon;
- Defendant to be released on own signature, with remaining conditions to be met by August 25, 2026; and
- No contact with named co-defendants except in the presence of counsel.

The Government respectfully requests that the Court memo-endorse this letter. The Government will transmit this letter to the Clerk's Office, which will prepare bonds for defendants Gulian, Gumruyan, and Setrakian.

SO ORDERED:
[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/12/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: [signature]
Kevin Grossinger
David Steinbach
Assistant United States Attorneys
(212) 627-2426/2380