MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 27, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 8/27/26

**By ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Gulian et al.*, S1 26 Cr. 270 (ALC)**

Dear Judge Carter:

On August 12, 2026, the Court issued an order endorsing the conditions of release for defendants Vagan Gulian, Zhirayr Gumruyan, and Araik Setrakian that had been agreed by the parties and the Court during the August 11, 2026 conference. (Dkt. 72.)

Pretrial Services has informed the Government (a) that, although location monitoring was imposed as a release condition, a specific level of confinement was not ordered, and (b) that, in order to effect the location monitoring condition, the Court should order "standalone location monitoring" as the level of confinement. Such level of confinement is the least restrictive level and is consistent with the release terms already agreed.

The Government respectfully requests that the Court memo-endorse this letter. The Government will transmit such memo-endorsed letter to Pretrial Services.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: ____________________
Kevin Grossinger
David Steinbach
Assistant United States Attorneys
(212) 627-2426/2380

The application is **GRANTED**.
So Ordered.

**8/27/26**