MEMO ENDORSED



1

SULLIVAN | BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/23/26

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Vagan Gulian**
**Ind. # 26 Cr. 270 (ALC)**

Dear Judge Carter:

On behalf of my client, Vagan Gulian, and his co-defendant Zhirayr Gumruyan, I respectfully request a modification to their bail conditions permitting them to conduct business-related contact and communications - unrelated to this pending Indictment - outside the presence of counsel. The government consents.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Gulian.

______________________
By: Steven Brill

The application is **GRANTED**.
So Ordered.

10/23/26